# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 29, 2021

Bridget M. McCormack,
Chief Justice

162441 & (129)(135)

Brian K. Zahra
David F. Viviano
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh
Elizabeth M. Welch,
Justices

IW, f/k/a IM,
       Petitioner-Appellee,

v

MM,
       Respondent-Appellant.

SC: 162441
COA: 350711
Oakland CC: 2017-854298-PP

_____/

      On order of the Court, because respondent-appellant has failed to pay the filing fee as required by the orders of January 7, 2021, and January 20, 2021, the clerk of the Court is directed to ADMINISTRATIVELY DISMISS the application for leave to appeal and close the file. The motions to stay and to change venue are DENIED.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 29, 2021



Clerk